UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MICHAEL S. FRAZIER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No.4:05CV1025SNL |
| ) | |
| JO ANNE B. BARNHART, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Having received the plaintiff's objections (#21), filed September 22, 2006; and having considered same,

**IT IS HEREBY ORDERED** that the report and recommendation of United States Magistrate Judge Terry I. Adelman (#19), filed September 8, 2006 be and is **SUSTAINED, ADOPTED** and **INCORPORATED** herein.

**IT IS FURTHER ORDERED** that the final decision of the Commissioner denying the plaintiff's application for disability insurance benefits pursuant to Title II of the Social Security Act, 42 U.S.C. §§401 *et. seq.* be and is **AFFIRMED**.

**IT IS FINALLY ORDERED** that plaintiff's complaint be and is **DISMISSED WITH PREJUDICE**.

Dated this __25th__ day of September, 2006.

_____
SENIOR UNITED STATES DISTRICT JUDGE